Certificate Number: 14912-CAC-DE-040203470

Bankruptcy Case Number: 25-12604



14912-CAC-DE-040203470

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2025, at 8:13 o'clock PM EDT, Susan Wesley completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: October 15, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor